UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

ATILLA FERENC ORBAN aka
DAVID BABOS,

      Defendant.

Case No. 1:21-cr-00074-BLW

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

Before the Court is a Report and Recommendation filed by the United States
Magistrate Judge. (Dkt. 50).  On August 24, 2021, Defendant appeared before the
Magistrate Judge to enter a change of plea pursuant to a written plea agreement.
The Magistrate Judge conducted the plea hearing and concluded there is a factual
basis for Defendant's admission to forfeiture and plea of guilty to the charges
contained in Count Four of the Indictment (Dkt. 1), and that it was entered
voluntarily and with full knowledge of the consequences. No objections to the
Report and Recommendation have been filed.

The Court now has reviewed the record, and finds that the requirements of
Rule 11 have been met. *See United States v. Reyna-Tapia,* 328 F.3d 1114 (9th Cir.
2003). Specifically, the Court finds that the Magistrate Judge adhered to the
requirements of Rule 11(b); that under Rule 11(b)(2), the Defendant's plea was

voluntary and not the result of force or threats or promises apart from the plea agreement; and that a factual basis for the plea exists. *See id.* Accordingly,

NOW THEREFORE IT IS HEREBY ORDERED that the Report and Recommendation (Dkt. 50) shall be, and the same is hereby, ADOPTED as the decision of the District Court and incorporated fully herein by reference.

IT IS FURTHER ORDERED that the Defendant's plea of guilty to the crimes charged in Count Four of the Indictment (Dkt. 1) shall be, and the same is hereby, ACCEPTED by the Court as a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.

IT IS FURTHER ORDERED that Defendant Atilla Ferenc Orban is found to be GUILTY as to the applicable crimes charged in Count Four of the Indictment. (Dkt 1).

DATED: September 8, 2021

B. Lynn Winmill
U.S. District Court Judge